

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICORD HUBER, | ) | NO. CV 16-8729-BRO(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| J. LIZARRAGA, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: May 10, 2017.

BEVERLY REID O'CONNELL
UNITED STATES DISTRICT JUDGE